UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

WELLS FARGO BANK NATIONAL
ASSOCIATION on behalf of itself and as
administrative agent and collateral agent
for itself and Compass Bank, and
COMPASS BANK,

Plaintiffs,

v.

Case No. 3:11-cv-237-J-20-TEM

DAVID BERKMAN, and
BTA FUND, LLC,

Defendants.

---

WELLS FARGO BANK NATIONAL
ASSOCIATION on behalf of itself and as
administrative agent and collateral agent
for itself and Compass Bank, and
COMPASS BANK,

Plaintiffs,

v.

Case No. 3:11-cv-442-J-20-TEM

DAVID BERKMAN,

Defendant.
_____/

## ORDER

This matter is before the Court on the parties Notice of Settlement (Dkt. 57). Therefore, pursuant to Rule 3.08(b) of the Local Rules of the Middle District of Florida, it is **ORDERED** and **ADJUDGED**:

1. That the above case will be dismissed and closed at the conclusion of one hundred and

twenty (120) days, or with Prejudice following a stipulated form of Final Order or Judgment, or on good cause shown, reopened for further proceedings; and

2. Prior to the completion of the settlement agreement in this action, counsel for David Berkman will be in contact with the remaining claimants involved in this case; Wynhope Vista, LLC, and Atlantic National Bank in an attempt to mutually resolve these claims.

**DONE AND ENTERED** at Jacksonville, Florida this ___ day of March, 2012.

HARVEY E. SCHLESINGER
UNITED STATES DISTRICT JUDGE

Copies to:
Jeffrey S. York, Esq.
Sara F. Holladay-Tobias, Esq.
Thomas R. Walker, Esq.
Charles J. Myers, Esq.
David J. Forestner, Esq.
Antoinette Burgess, Esq.
Fred Tromberg, Esq.
Jeremy U. Littlefield, Esq.
Richard Robbins, Esq.
Elaine James, Esq.
Rutledge Liles, Esq.
Katie Dearing, Esq.