FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

WELLS FARGO BANK NATIONAL
ASSOCIATION on behalf of itself and as
administrative agent and collateral agent
for itself and Compass Bank, and
COMPASS BANK,

    Plaintiffs,

v.

                                                        Case No. 3:11-cv-237-J-20-TEM

DAVID BERKMAN, and
BTA FUND, LLC,

    Defendants.

_____

WELLS FARGO BANK NATIONAL
ASSOCIATION on behalf of itself and as
administrative agent and collateral agent
for itself and Compass Bank, and
COMPASS BANK,

    Plaintiffs,

v.

                                                        Case No. 3:11-cv-442-J-20-TEM

DAVID BERKMAN,

    Defendant.
_____/

## ORDER

This matter is before the Court on the Parties' Joint Motion to Extend the Date of Entry of Dismissal (Dkt. 71) and Joint Motion to Modify Preliminary Injunction (Dkt. 72). Therefore, having considered the both joint motions and all other matters of record, it is hereby:

**ORDERED AND ADJUDGED** that the Joint Motion to Extend the Date of Entry of Dismissal is **GRANTED** and that that the date of entry of dismissal of the above case is hereby extended and the above case shall be dismissed on October 8, 2012, or on good cause shown, reopened for further proceedings. It is further

**ORDERED AND ADJUDGED** that the Joint Motion to Modify Preliminary Injunction is **GRANTED**. The Order enjoining Defendants from transferring certain funds (the "Frozen Funds") on July 15, 2011 (Dkt. 37) ("Injunction Order") is hereby modified to allow for the release of Twelve Million Three Hundred Ninety Thousand Dollars ($12,390,000.00), which represents the aggregate settlement amount to be paid by Defendants to Plaintiffs, Atlantic Capital Bank, and Wynhope Vista, LLC, with the remaining Frozen Funds subject to the Injunction Order until dismissal of this action on October 8, 2012, unless re-opened for further proceedings for good cause shown.

**DONE AND ENTERED** at Jacksonville, Florida this 5th day of July, 2012.

ROY B. DALTON, JR.
United States District Judge

On behalf of

**HARVEY E. SCHLESINGER**
UNITED STATES DISTRICT JUDGE

Copies to:
Jeffrey S. York, Esq.
Sara F. Holladay-Tobias, Esq.
Thomas R. Walker, Esq.
Charles J. Myers, Esq.
David J. Forestner, Esq.
Antoinette Burgess, Esq.
Fred Tromberg, Esq.
Jeremy U. Littlefield, Esq.
Richard Robbins, Esq.
Elaine James, Esq.
Rutledge Liles, Esq.
Katie Dearing, Esq.